UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
2005 MAY 12 P 2: 04
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ROBERT RUIZ<br>Defendant | CR-F-02-5002-AWI<br><br>ORDER REASSIGNING CASE |

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge ISHII to the docket of Judge WANGER.

The status conference set for May 13, 2005 shall be heard by Judge WANGER in Courtroom 2 at 1:30 p.m..

DATED:  5-12-05

ANTHONY W. ISHII
United States District Judge

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:
# CR-F-02-5002-OWW