# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:02-cr-05002-LJO** |
| **Plaintiff,** | **ORDER TO TRANSFER $3,602.14 HELD IN THE UNCLAIMED FUNDS ACCOUNT TO THE COURT'S RESTITUTION ACCOUNT** |
| **v.** | |
| **ROBERT ALBERT RUIZ, JR,** | |
| **Defendant.** | |

The Treasury Offset Program ("TOP") refers to a collection program available to all federal agencies in which the United States Department of the Treasury offsets an individual or corporate federal disbursement for a debt owed to the United States or non-federal victims of crime for which the United States has collection responsibility.  A TOP offset reversal refers to the Treasury pulling back all or part of an offset from the Clerk's Office to refund it to the debtor.

In this case, the Court received a TOP offset for purposes of victim restitution in April 2013. The amount remaining in the Court's Unclaimed Funds Account under Defendant Ruiz' name is $3,602.14.  A TOP offset reversal has occurred, and the $3,602.14 in the Court's Unclaimed Funds Account in Defendant Ruiz' name must be moved to the Court's Restitution Account so that payment may be made to the Treasury under the Memorandum of Understanding Between the Department of Justice, Executive Office For the United States Attorneys, Debt Collection Management Staff, and Administrative Office of the United States Courts for the Collection and Processing of All Criminal Debts in the Treasury Offset Program ("TOP MOU").

Accordingly, IT IS HEREBY ORDERED that $3,602.14 in the Court's Unclaimed Funds Account be moved to the Court's Restitution Account for purposes of satisfying the TOP reversal which has occurred under the TOP MOU with respect to Defendant Ruiz.

IT IS SO ORDERED.

Dated:   __September 26, 2016__            _____/s/ Lawrence J. O'Neill_____
                                             UNITED STATES CHIEF DISTRICT JUDGE